In the Matter of the Claim of GLADYS I. CAREY, Respondent, v. TOWN OF CONKLIN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.